AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**WILLIAM DULANY**

**CRIMINAL COMPLAINT**

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 20, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**knowingly travel into the District of Columbia from the Commonwealth of Virginia for the purpose of engaging in illicit sexual conduct, that is a sex act as defined in 18 U.S.C. 2246(2), with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243 if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.**

in violation of Title __18__ United States Code, Section(s) __2423(b)__.

I further state that I am __DETECTIVE JONATHAN K. ANDREWS__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE JONATHAN K. ANDREWS**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                      City and State

_____     _____
Name & Title of Judicial Officer        Signature of Judicial Officer

STATEMENT OF FACTS

On Thursday, December 20, 2007, within the District of Columbia, a cooperating witness ("CW") engaged in an on- line instant message chat with the defendant , WILLIAM DULANEY, who was using the screen name, " MDTeenTop". in the presence of Metropolitan Police detectives and Federal Bureau of Investigation agents.  The cooperating witness asked the defendant, "whats up" and informed the defendant that his boyfriend was gone for two weeks.

The cooperating witness informed the defendant that he has been having fun since his boyfriend was gone.  The defendant asked the cooperating witness, "whatdu get".  The cooperating witness responded, "kid that just turned 14". The defendant stated, "nice".

The defendant asked the cooperating witness to describe the 14 year-old. The CW described the 14 year-old male as "barely 14, really smooth bod, white, perfect soccer build, like lil shorter than me, blond, blue".  The defendant asked the cooperator if he, "fucked him". The cooperating witness said yes.   The defendant told the cooperating witness that he was going to dinner with a friend in Sterling, Virginia and would be free after dinner and was looking to find something.  The cooperator told the defendant that the only person that he knew available was the 14 year-old.

The defendant sent a picture of himself to the cooperator so he could show the 14 year-old child.  The defendant asked the cooperator if he should bring condoms.  The cooperator stated, "he'll let u go bare but its up to you".  The defendant responded, "fuck..now im dripping" , "I wanna see this kid!, "im so stoked.

At approximately 7:21 P.M. the cooperating witness exchanged cellular text messages with the defendant and confirmed that the 14 year-old child was available.  The defendant stated that he would meet him at the hotel after he ate dinner.  At approximately 10:22 PM, the defendant was arrested inside of the doorway at the Days Inn at 4400 Connecticut Ave. NW DC (the pre-arranged meet location).

The defendant waived his Miranda warning and provided a statement to a Metropolitan Police Detective.  The defendant read the Instant message chat log and acknowledged that the conversation was true and accurate and acknowledged traveling from Sterling, Virginia to the District of Columbia   The defendant also confirmed that he uses the screen name, "MDTeenTop"

Your affiant knows that engaging in sexual intercourse with a child under the age of 16 years old by an individual more than four years older than the child

would be a violation of Chapter 109 of the United States Code if the act occurred in the special maritime or extraterritorial jurisdiction of the United States. The defendant's date of birth is November 5, 1982.

                                            JONATHAN K. ANDREWS, Sr.
                                            Metropolitan Police Department

Sworn and subscribed to this _____ day of December 2007

                                            JOHN M. FACCIOLA
                                            United States Magistrate Judge