**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **MAGISTRATE NO. 07-673 (JMF)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **WILLIAM DULANY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney **Opher Shweiki**, at telephone number **(202) 353-8822** and/or email address

Opher.Shweiki@usdoj.gov. **Opher Shweiki** will substitute for Assistant United States Attorney

Angela George as counsel for the United States.


Respectfully submitted,


JEFFREY A. TAYLOR
United States Attorney


_____/s/_____

**Opher Shweiki**
**Assistant United States Attorney**
**D.C.  Bar No. 458-776**
**Federal Major Crimes**
**555 4th Street, NW,  Room 4233**
**Washington, DC 20530**
**(202) 353-8822**